IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JESUS FARFAN ARROYO,<br>    Petitioner, | )<br>)<br>) |
| VS. | )    CIVIL ACTION NO. 4:13-CV-635-C |
| | ) |
| RODNEY W. CHANDLER, Warden,<br>FCI-Fort Worth,<br>    Respondent | )<br>)<br>) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of Petitioner, Jesus Farfan Arroyo, along with the January 15, 2014 findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until February 5 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the findings, conclusions, and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be dismissed.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Jesus Farfan Arroyo's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of exhaustion.

SIGNED February 12, 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE